IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELECTRONIC TRANSACTION SYSTEMS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV238 |
| v. | ) ) | |
| FIST NATIONAL BANK OF OMAHA; and TSYS MERCHANT SOLUTIONS, LLC (formerly known as First National Merchant Solutions, LLC, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's motion to file restricted access to documents (Filing No. 2). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; access to Exhibits A, B and C of plaintiff's complaint is restricted.

DATED this 8th day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court