# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELECTRONIC TRANSACTION SYSTEMS CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIRST NATIONAL BANK OF OMAHA and TSYS MERCHANT SOLUTIONS, LLC, f/k/a FIRST NATIONAL MERCHANT SOLUTIONS, LLC,<br><br>　　　　Defendants. | 8:11CV238<br><br>ORDER |

A settlement conference with the undersigned magistrate judge and the parties convened on April 10, 2012. The parties arrived at a settlement. Accordingly,

**IT IS ORDERED that:**

1. **On or before April 25, 2012**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Lyle E. Strom, at *strom@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The pretrial conference and trial previously scheduled are cancelled upon the representation that this case is settled.

DATED this 10th day of April, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge