IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELECTRONIC TRANSACTION SYSTEMS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV238 |
| v. | ) ) | |
| FIRST NATIONAL BANK OF OMAHA; and TSYS MERCHANT SOLUTIONS, LLC (formerly known as First National Merchant Solutions, LLC, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the joint stipulation for dismissal with prejudice (Filing No. 54). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is approved and adopted.

2) This action and any claims and counterclaims filed by the parties are dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 30th day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court